**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | No. 2:26-cv-3843<br><br>**NOTICE OF RELATED CASE** |

Pursuant to LCR 3(g)(1), Plaintiffs hereby submit this notice of a related, closed case in the Western District of Washington. The related case is *Floyd, et al. v. Amazon.com, Inc., et al.*, 2:22-cv-01599-KKE, assigned to Judge Kymberly K. Evanson.

The cases involve substantially similar parties, transactions, and events. Because there is substantial overlap in the cases' parties and factual allegations concerning the substance and impact of the Defendants' conduct, a determination of relatedness would eliminate substantial duplication of effort and expense, delay, and undue burden on the Court, parties and witnesses.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

DATED this 9th day of October, 2026.

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
Steve W. Berman (WSBA #12536)
By: */s/ Ted Wojcik*
Ted Wojcik (WSBA #55553)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
tedw@hbsslaw.com

Ben Harrington (*pro hac vice forthcoming*)
Benjamin J. Siegel (*pro hac vice forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiff*