UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOLENE FURDEK, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., et al.,

Defendants.

Case No. C26-3843-SKV

ORDER OF TRANSFER

This case is hereby transferred to the Honorable Kymberly K. Evanson as related to *Floyd v. Amazon.com, Inc.*, C22-1599-KKE. All future filings shall bear the cause number C26-3843-KKE. The Clerk is directed to send a copy of this Order to the parties.

Dated this 23rd day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge