The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:26-cv-03843-KKE<br><br>**STIPULATED MOTION AND ORDER STAYING CASE** |

## STIPULATED MOTION

Plaintiffs Jolene Furdek and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively with Plaintiffs, the "Parties"), by and through their counsel, stipulate as follows:

1. Plaintiffs filed this action on October 9, 2026. ECF No. 1. Named Plaintiffs previously sought to assert claims as named plaintiffs in *Floyd v. Amazon.com, Inc.*, No. 2:22-cv-01599-KKE (W.D. Wash.) ("Floyd").
2. On September 29, 2025, the Court in *Floyd* granted Apple Inc.'s Motion for Reconsideration, denied leave to amend the complaint to add Plaintiffs as named

plaintiffs, and dismissed that action. *Floyd*, ECF Nos. 250, 251. On July 28, 2026, the Court denied Plaintiffs' Motion to Alter Judgment and for Relief Therefrom Pursuant to Rules 59(e) and 60(b). *Floyd*, ECF No. 313. Plaintiffs have appealed to the United States Court of Appeals for the Ninth Circuit. *Floyd*, ECF No. 318; Ninth Cir. No. 26-5623 ("Floyd Appeal").

3. Defendants have waived service of the summons in this action. ECF Nos. 7, 8. Defendants' responses to the Complaint are currently due December 11, 2026. *See* Fed. R. Civ. P. 4(d)(3).

4. On October 27, 2026, the Court entered its Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement, which set the following deadlines:

    a. Rule 26(f) conference: November 17, 2026;

    b. Initial disclosures under Rule 26(a)(1): December 1, 2026;

    c. Combined Joint Status Report and Discovery Plan: December 8, 2026.

    *See* ECF No. 21.

5. The Parties agree that good cause exists to stay this action pending resolution of the Floyd Appeal. The disposition of the Floyd Appeal bears on whether, where, and to what extent Plaintiffs' claims proceed. A stay will avoid potentially duplicative proceedings and conserve the resources of the Court and the Parties, and no Party will be prejudiced because all Parties agree to it.

6. The Parties therefore jointly request that the Court stay all proceedings and deadlines in this action pending resolution of the Floyd Appeal, including Defendants' deadline to answer or otherwise respond to the Complaint and the deadlines set in ECF No. 21.

7. Within fourteen (14) days after the Ninth Circuit issues its mandate in the Floyd Appeal, or the Floyd Appeal is otherwise finally resolved, the Parties will meet and confer and file a joint status report proposing how this action should proceed, including a proposed deadline for Defendants to answer or otherwise respond to the

Complaint and proposed dates for the Rule 26(f) conference, initial disclosures, and the Joint Status Report and Discovery Plan.

8. This stipulation is without prejudice to, and does not waive, any Party's claims, defenses, objections, or arguments, including any arguments regarding the timeliness of the claims asserted in this action or any arguments regarding the appropriate forum for these claims.

STIPULATED to and JOINTLY submitted this 16th day of November, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By */s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John Goldmark*
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: 206-757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com
emilyparsons@dwt.com

SIDLEY AUSTIN LLP

By: */s/ Benjamin M. Mundel*
Benjamin M. Mundel (pro hac vice)
Jacquelyn Fradette (pro hac vice)
Peter A. Bruland (pro hac vice)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
bmundel@sidley.com
jfradette@sidley.com
pbruland@sidley.com

*Attorneys for Amazon.com, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
Aaron Paul Brecher (WSBA No. 47212)
401 Union Street, Suite 3300
Seattle, WA 98101
Phone: (206) 839-4300
Fax: (206) 839-4301
mparris@orrick.com
abrecher@orrick.com

*Attorneys for Apple Inc.*

**ORDER**

The Court, having considered the parties' stipulated motion to stay, finds good cause and GRANTS the motion. Dkt. No. 23. This action, including all deadlines, is STAYED pending resolution of Plaintiffs' appeal in *Floyd v. Amazon.com, Inc.*, No. 2:22-cv-01599-KKE (W.D. Wash.), Ninth Cir. No. 26-5623 (the "Floyd Appeal").

Within 14 days after the Ninth Circuit issues its mandate in the Floyd Appeal, or the Floyd Appeal is otherwise finally resolved, the parties shall meet and confer and file a joint status report proposing how this action should proceed. The report shall include a proposed deadline for Defendants to answer or otherwise respond to the Complaint and proposed dates for the Rule 26(f) conference, initial disclosures, and the Joint Status Report and Discovery Plan.

Dated this 16th day of November, 2026.

Kymberly K. Evanson
United States District Judge